FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 7 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02112-BNB

JEREMY PINSON,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

ORDER OVERRULING OBJECTION

---

The matter at issue is the Motion to Reconsider that Mr. Pinson, a federal prisoner housed in the State of Colorado, filed with the Court on August 30, 2011. In the Motion, Mr. Pinson objects to Magistrate Judge Boyd N. Boland's Order of August 23, 2011, that instructs him to submit his claims on a Court-approved form used in filing prisoner complaints and to provide a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified account statement.

I will construe the Motion liberally as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). Under § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. For the reasons stated below, the Objection will be overruled.

Mr. Pinson argues that he is not required to pay the $350.00 filing, because the Prisoner's Litigation Reform Act does not apply to an action filed under 18 U.S.C. § 3771, the Crime Victim's Rights Act. Mr. Pinson also appears to assert that he is not

required to submit his claims on a Court-approved form used in filing a prisoner complaint.

Upon review of § 3771, I find no basis for Mr. Pinson's argument. If Mr. Pinson desires to present his claims to this Court he must, in accordance with the United States District Court for the District of Colorado Local Rules of Practice, Local Rule 8.2 A., use the forms established by this Court to present his claims and to seek leave to proceed to proceed *in forma pauperis*.

I conclude that Magistrate Judge Boland's August 23 Order is neither clearly erroneous nor contrary to law. Mr. Pinson's liberally construed Objection, therefore, will be overruled. Mr. Pinson is instructed to comply with the August 23 Order or the action will be dismissed for failure to cure the deficiencies. Accordingly, it is

ORDERED that Mr. Pinson's Motion to Reconsider (Doc. No. 3), filed on August 30, 2011, is construed liberally as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and is overruled. It is

FURTHER ORDERED that Mr. Pinson has **twenty-one days from the date of this Order** to comply with the August 23, 2011 Order. It is

FURTHER ORDERED that if Mr. Pinson fails to comply with the August 23, 2011 Order, as directed, the action will be dismissed without further notice. It is

FURTHER ORDERED that Mr. Pinson's Motion for Appointment of Counsel (Doc. No. 4), filed on September 1, 2011, is denied as premature.

DATED at Denver, Colorado, this __6th__ day of __September__, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02112-BNB

Jeremy Pinson
Reg. No. 16267-064
ADX Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 7, 2011.

                                  GREGORY C. LANGHAM, CLERK

                              By: _____
                                        Deputy Clerk