FILED
United States Court of Appeals
Tenth Circuit

October 14, 2011

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re:

JEREMY VAUGHN PINSON,

Petitioner.

No. 11-1425
(D.C. No. 1:11-CV-02112-BNB)
(D. Colo.)

---

**ORDER**

---

Before **HARTZ**, **TYMKOVICH**, and **GORSUCH**, Circuit Judges.

---

This matter has become moot. Petitioner seeks mandamus review of a district court order applying the filing-fee provisions of the Prison Litigation Reform Act (PLRA) to a proceeding he filed under the Crime Victims' Rights Act (CVRA). He contends that PLRA does not apply to proceedings commenced by prisoners under the CVRA. Petitioner has now filed an amended complaint in the district court, adding a claim under the Eighth Amendment and invoking the court's jurisdiction pursuant to "28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)." Amended Complaint at 3 (filed Oct. 13, 2011). That claim clearly falls within PLRA's scope. *See Boling-Bey v. U.S. Parole Comm'n*, 559 F.3d 1149, 1151 & n.1 (10th Cir. 2009). And application of the PLRA to that claim triggers filing-fee obligations for the action as a whole: the filing "fee pertains to the action as a

whole, not to subparts of it; there is no provision for prorating a filing fee." *Andrews v. Cervantes*, 493 F.3d 1047, 1054 (9th Cir. 2007). Consequently, it is unnecessary, and thus inappropriate, for this court to resolve the now-academic question whether the PLRA fee provisions would apply to a proceeding brought solely under the CVRA.

The petition for a writ of mandamus is DISMISSED as moot.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk